UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALISON CAMM, NICOLE FLICK, NORMA CISNEROS, KRYSTAL FORBES,** and **ENZA ZITO**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**REACH FINANCIAL, LLC**,<br><br>Defendant. | Case No. 1:25-cv-01921-KPF |

**DEFENDANT REACH FINANCIAL, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated July 11, 2025, and any accompanying exhibits, all prior pleadings and proceedings hereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by this Court, Defendant Reach Financial, LLC hereby respectfully moves this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing the Plaintiffs' Complaint in this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court may deem just and appropriate.

**PLEASE ALSO TAKE NOTICE** that pursuant to the Court's Order dated June 4, 2025 (Dkt. 19), Plaintiffs' opposition brief must be filed on or before August 8, 2025, and Defendant's reply brief must be filed on or before September 5, 2025.

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Court would find it helpful, Defendant requests an oral argument.

DATED: July 11, 2025

Respectfully submitted,

**BALLARD SPAHR LLP**

BY: */s/ Gregory P. Szewczyk*
Gregory P. Szewczyk (SBN 4795464)
J. Matthew Thornton (*pro hac vice*)
Alexia C. Chapman (*pro hac vice*)

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2025, I directed a true and correct copy of the foregoing to be served via the electronic filing system upon the following counsel of record:

Sonjay Singh
Siri & Glimstad LLP
C/O Sonjay Singh
745 Fifth Avenue
Suite 500
New York, NY 10151
646-829-1389
Email: ssingh@sirillp.com

Mason Adams Barney
Siri & Glimstad LLP
745 Fifth Avenue
Suite 500
New York, NY 10151
212-532-1091
Email: mbarney@sirillp.com

BY: */s/ Stephanie Agabo*
Stephanie Agabo
*On behalf of Defendant, Reach Financial LLC*